UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMANUEL CERVELLI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXACTECH, INC. and EXACTECH, US, ) <br> INC. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 2:22-cv-02967 |

**STIPULATION OF VOLUNTARY DISMISSAL OF COUNTS IV, V, VII OF PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed by and between counsel for Plaintiff, EMANUEL CERVELLI, and counsel for Defendants, EXACTECH, INC and EXACTECH, U.S. INC., in the above-captioned matter, that Plaintiff is voluntarily dismissing Count IV (Negligence), Count V (Negligent Misrepresentation), and Count VII (Breach of Implied Warranty) from Plaintiff's Complaint without prejudice, and Plaintiff maintains the right to seek leave to amend his Complaint in the future as needed.  Plaintiff will file and serve an Amended Complaint reflecting removal of Counts IV, V, and VII. Defendants will then have 30 days from when Plaintiff files his Amended Complaint to serve their responsive pleading.

It is further stipulated and agreed by and between counsel for Plaintiff and the Defendants that New Jersey law will apply in the above-captioned matter.

IT IS SO STIPULATED:

DATED: August 8, 2022 Respectfully submitted**,**

By: */s/ Danielle Gold*
Danielle Gold, Esq.
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Tel: (212) 558-5715
Email: dgold@weitzlux.com

**ATTORNEYS FOR PLAINTIFF**

Dated: August 8, 2022 Respectfully submitted,

*/s/ Erica S. Mekles*
Erica S. Mekles (EM1020)
New Jersey Bar No.  000662010
**BOWMAN AND BROOKE LLP**
317 George Street, Suite 320
New Brunswick, NJ 08901
142 W. 57th Street, 11th Floor
New York, NY 10019
Telephone: (201) 577-5196
Erica.Mekles@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANTS EXACTECH, INC. AND EXACTECH U.S., INC.**